JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

BRIAN LEIGH TOBIAS,       )   Case No. CV 10-1170-JFW (DTB)
                    Petitioner,   )
           vs.        )   **J U D G M E N T**
FRANK X. CHAVEZ, Acting   )
Warden,                       )
                Respondent.  )
_____ )

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Second Amended Petition is denied and this action is dismissed with prejudice.

DATED:  August 14, 2013

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

1