1

2

3

4

5

6
JS-6

7

8
UNITED STATES DISTRICT COURT

9
CENTRAL DISTRICT OF CALIFORNIA

10

11
BRIAN LEIGH TOBIAS,                    )   Case No. CV 10-1170-JFW (DTB)
                                       )
12
                    Petitioner,        )
            vs.                        )   **J U D G M E N T**
13                                     )
FRANK X. CHAVEZ, Acting                )
14
Warden,                                )
                                       )
15
                    Respondent.        )
                                       )
16
───────────────────────────────

17
        Pursuant to the Order Accepting Findings, Conclusions and Recommendations

18
of United States Magistrate Judge,

19
        IT IS HEREBY ADJUDGED that the Second Amended Petition is denied and

20
this action is dismissed with prejudice.

21

22
DATED:  August 14, 2013

23
                                       JOHN F. WALTER
                                       UNITED STATES DISTRICT JUDGE
24

25

26

27

28

1